```
RONALD FRANCIS COLEMAN
c/o 1616 Elmer Lane
Safford, AZ 85546
Pro Se, 928-432-2613
```



FILED ✓  LODGED ___
RECEIVED ___  COPY ___

DEC 23 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF ARIZONA

CR-19-3412-TUC-RM

| | |
|---|---|
| STATE OF ARIZONA, <br> A Arizona corporation, <br><br> *Plaintiffs,* <br> vs. <br><br> RONALD FRANCIS COLEMAN, <br><br> *Defendant(s).* | Case No. **2019-00216** <br><br> Case No. **2019-00227** <br><br> **NOTICE OF REMOVAL** <br><br> (Formally Safford Superior Court, Safford City, Graham County, Arizona case CR2019-00227, CR2019-00216 Department ___ Judge Michael D. Peterson) |

To: The Honorable Judges of the United States District for the District of Arizona:

Ronald Francis Coleman, on behalf of himself as the Defendant pursuant to 28 U.S.C. §§ 1441(a), 1443(1), 1446(b)(3) and 28 U.S.C. § 1331, hereby gives notice of the removal of this action to the United States District Court for the District of Arizona for the following reasons:

1. The Civil Rights of Ronald Francis are being violated by individuals that are not qualified to hold the public Offices of 1. Judge, 2. County Attorney 3. Public Safety Officers under color of law in conflict with ARS 38-255. amongst others acting in concert in violation of rights guaranteed to him under the Fourth Amendment, the Sixth Amendment, the Fifth Amendment

and the Fourteenth Amendment of the Constitution of the United States and the Refusal of the Courts to grant the remedy guaranteed to him under the ancient Writ of Habeas Corpus at Article 1 Section 9 Clause 2.

2. No sworn statement by a firsthand witness, to give the court jurisdiction for an arrest warrant to arrest Ronald Francis Coleman. The failure of Officers to produce Body cams to collaborate with the plaintiff or establish false statements for the defendant all in conflict with Arizona Senate Bill 1300 attached for your reference. In addition is a letter from Agency that no record of a body Cam existed. Attached for Reference. This is a clear case of concealment of material facts that essential for the proper administration of justice as Subpoenas were requested from the Clerk of the Court and denied by Justice Peterson. See ARS 38-1161-1164. See ARCrP Rule 15 Disclosure violations.

3. Violation of Arizona Rules of Criminal Procedure Rule 8 Speedy Trial Act violation under Fourteenth Amendment. This abuse of the Rules of the Court are a Constitutional Question under the Eighth Amendment of the Constitution of the United States. Is it excessive punishment to force submission to the restraints of Probation without a trial and conviction of the alleged offense?

4. This removal is proper under the removal statute as it is timely pursuant to Section 1446(b)(3), in that it involves the Oct 7, 2019 "ORDER DENYING DEFENDANT'S MOTION TO DISMISS" and order to answer the complaint. The answer has been filed but all federal issues have been reserved by affirmative defense and that no trial has yet been had herein. Ronald Francis Coleman filed a Motion to Dismiss in the nature of a demurrer and the issue of jurisdictional challenges, were not addressed. (Copies of the Complaint, the Motion to Dismiss, the Order Denying Defendant's Motion to Dismiss, and Answer are attached as Exhibit "A") and all other pleadings will be forwarded by the Safford Superior Court, Safford City, Graham County, Arizona.

## RIGHTS VIOLATIONS

5. Failure of 3 sitting judges to sign and comply with a Writ of Habeas Corpus, Refused on 2 separate occasions: Aug. 14-19 and on Dec. 17-19. (Violation of Article 1 Sec. 9 U.S. Const. and Bill of Rights, Art.14 Sec. 1. 56 & 5th amend.) is currently being detained without charges denying his Civil and Constitutional rights.

6. Denial and obstruction of justice by the clerk of the court by not issuing a subpoena to obtain witness on his behalf. Judge objecting and obstructing

defendants' use of subpoena for his defense. (Hearing on Dec.9-19, Violation Bill of Right Art. 6)

7. Superior Court Judge denying Pro Se Litigants' right to counsel of his choice ordering his counsel to leave court. (Hearing on Dec. 9-19, Violation Bill of Rights Art.6)

8. A copy of this Notice of Removal will be concurrently filed with the Safford Superior Court, Safford City, Graham County Arizona, Case No. CR 2019-00227, CR 2019-00216.

Ronald Francis Coleman as the beneficiary of the Defendant RONALD FRANCIS COLEMAN, requests that the above-captioned matter now pending before the Safford Superior Court, Safford City, Graham County, Arizona be removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441(a), 1443(1), 1446(b)(3).

Respectfully submitted this 2 3 day of December, 2019.

*Dennis R Wells POA*
Ronald Francis Coleman beneficiary of RONALD FRANCIS COLEMAN, DEFENDANT in the above case.
Dennis Wells Authorized Representative, w/Power of Attorney

/
/
/

/

/

## CERTIFICATE OF SERVICE

I, Ronald Francis Coleman, certify that on December ___, 2019, I placed a copy of the above NOTICE OF REMOVAL into a sealed envelope, postage prepaid and mailed it by regular mail addressed to the following:

DATED this ___ Day of December, 2019

By *Dennis R Wells POA*
Ronald Francis Coleman consumer under the FDPCA
Dennis Wells, Authorized Representative, w/Power of Attorney

Items needed as attachments

\*Complaint/cross complaint

\*Order denying Motion to Dismiss

Copy of the warrant of Arrest for his present incarceration *(not available)*

\*Affidavit on Writs of Habeas Corpus Two times

**EXHIBIT "A"**

6