SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA

FILED

SEP 2 6 2019

By Clerk at _____ M
Graham County Superior Court

| | | |
|---|---|---|
| STATE OF ARIZONA<br>Plaintiff | ) ) ) | Case Nos. 2019-00216<br>2019-00227 |
| vs | ) ) ) | MOTION FOR RULE 9 (a)(b)(c)(h)<br>TO APPLY AVERMENT AND<br>SANCTIONS   CR-19-3412-TUC-RM |
| RONALD F. COLEMAN, ESTATE<br>Defendant, Executor | ) ) ) ) ) ) ) ) ) | JUDICIAL NOTICE 201 OF:<br>DEFAULT<br>ADJUDICATIVE FACT<br>NOTICE TO CLAIM ON OATHS OF<br>OFFICE FOR: JUDGE PETERSON<br>JUDGE GRIFFITH |

NOW COMES, Ronald F. Coleman, Executor and defendant calls for application of Rule 9a, b, c, h, and to apply sanctions with this averment. Defendant brings forward Judicial Notice 201 Adjudicative Fact and Claim on Oaths of Office to Judge M. Peterson, Judge G. Griffith

RULE 9 AVERMENT

(a) CAPACITY: The court completely lacks jurisdiction and authority over the RONALD F. COLEMAN ESTATE. Defendant requires the court to prove up its capacity to its authority and jurisdiction, otherwise dismiss for lack of subject matter jurisdiction. If the court wants to charge Ronald F. Coleman, the natural person, then bring it forward or dismiss with PREJUDICE.

(b) FRAUD, MISTAKE: has been committed by all officers of the court and law officers. Failure to show bonds to qualify for office as required by ARS 38-255. Real Party of Interest is the STATE of ARIZONA and not Graham County Courts who are trespassers. If the County Court doesn't want to be prosecuted for Probate issue by the STATE then it should dismiss with PREJUDICE.

(c) CONDITIONS, PRECEDENT: Having never been brought forward with proven affidavits by all parties to substantiate charges to the ESTATE or to charge Ronald F. Coleman, Executor. Rule 62(a) and 63 Stay of Proceedings. Motion for

Abatement, Lack of Authority. Baroda: error on the record. All Motions ignored, judge moved forward lacking authority and jurisdiction.

(h) COMPLAINT IN ACTION: Motion for Counter Cross Complaint have been brought forward with all entitled requests by defendant.

Ron Coleman knows, and this court knows, it has failed to meet the weakest of claims in its charges and that this court has absolutely no right to make claims or charges against Ron Coleman. Plus, it has absolutely no legal authority or legal standing to hear for lacking subject matter jurisdiction.

Defendant moves to SANCTION ALL CHARGES and ALLEGATIONS for lack of standing, authority and subject matter jurisdiction and to DISMISS WITH PREJUDICE.

## JUDICIAL NOTICE 201 ADJUDICATIVE FACT
## NOTICE OF DEFAULT

DEFAULT by court officers Judge Michael Peterson and Judge Gary Griffith for not producing the following;

1. Motion Under Rule 62a & 63 Stay of Proceedings by failure to produce and have filed on court record Bonds (Title 7-103) Filed Aug.23, 2019. AND 570, See Circular 570 U.S. Treasury, Federal Registry on designated agent & Bonded to collect Fed Reserve notes or security.

2. Under Rule 26 Failure to produce original wet blue ink copy of instrument on record as requested. File Sept. 12, 2019. Item # 3 & 4.
   **30 Days have lapsed (ARS 39-121 Public Record) the court and its officers are in DEFAULT of ARS 38-255 for lacking proof of Bonds and verified Instrument of complaint.**

3. RULE 37 Ron Coleman asks for SANCTIONS AGAINST ALL OPPOSING PARTIES' When they failed to do a duty imposed upon them by law. ARS 38-442, 38-443.

4. The court and its officers miss-lead, miss represented or outright covered up evidence and is ext-rengent fraud. (ARS 44-101)

5. Ronald F. Coleman, under administrative remedy makes a **CLAIM** against the bonds of the court and gives judicial notice on Fed. Standard 24, 25, 25a Bid Bond, Payment Bond, Performance Bond. Reference to CASE No. 2019-00216 and CASE No. 2019-00227.

6. Judge Peterson, Judge Palmer, Judge Griffith, CANNOT HEAR any merits to MOTION TO DISMISS FOR LACKING CLAIM AND EVIDENCE and MOTION FOR COUNTER CROSS CLAIM AND SUIT for they are NAMED as DEFENDANTS in CROSS CLAIM SUIT. **This becomes a conflict of interest with all judges and must RECUSE themselves and must grant MOTION FOR CHANGE OF VENUE immediately.,**

7. The question of why the failure to grant Motion: Stay of Proceeding, Motion for Abatement, Notice of Baroda and refusal to sign a Writ of Habeas Corpus brings the question of competency.

8. Certified OATHS OF OFFICE from Judge Peterson and Judge Griffith with Ronald F. Coleman signature on them will be used in lieu of required Bonding as a PRIVATE CONTRACT, A BREACH of contract (See above item 7.) is declared. Consider this a 30 day deadline. A following suit will be brought forward under Title 15 U.S. Codes Sec.1 COMMERCE. For each individual named for $1,000,000,00. Each.

The above proven facts show that court OFFICERS of Graham County, representing the STATE of Arizona have committed fraud on the court, fraud on Ronald F. Coleman and created a fictional entity in order to have jurisdiction that they would not have otherwise. Thereby denying defendant due process of law and should be dis-missed with PREJUDICE.

## VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 9-26-2019

Ronald Coleman, Executor, Respondent
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

created a fictional entity in order to have jurisdiction that they would not have otherwise. Thereby denning defendant due process of law and should be dis-missed with PREJUDICE.

## VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 9-26-19

Ronald Coleman, Executor, Respondent
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

STATE OF ARIZONA     )
                              ) SS.
COUNTY OF GRAHAM    )

Subscribed, sworn to and acknowledged before me _Georgia Luste_

undersigned                             Print Notary Name

_____, the witness, this __26__ day of
Ronald F. Coleman, Signature

__Sept 26__, 2019.

Notary Seal:                     Signature of Notary Public



GEORGIA LUSTER
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 539002
Expires January 3, 2022

**LOYALTY OATH OF OFFICE**

STATE OF ARIZONA } SS
COUNTY OF GRAHAM }
THIS IS A CERTIFIED COPY OF INSTRUMENT
FEE No. _2018-5662_
DATE _12-20-18_  TIME _3:26 pm_
WENDY JOHN, GRAHAM COUNTY RECORDER
BY _____

2018-05662
Page 1 of 1
Requested By: GRAHAM COUNTY
Wendy John, Graham County Recorder
12-20-2018  03:26 PM  Recording Fee $0.00

*I Ron Coleman, accept your OATH of OFFICE as a PRIVATE contract*

STATE OF ARIZONA
§
COUNTY OF GRAHAM

I, Gary Griffith, do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution and laws of the State of Arizona, that I will bear true faith and allegiance to the same and defend them against all enemies, foreign and domestic, and that I will faithfully and impartially discharge the duties of the office of Justice of the Peace No. 1 according to the best of my ability, so help me god (or so I do affirm).

_____
(Signature)

Subscribed and sworn before me, this __20__ day of December, 2018.

JENNIFER FLANAGAN
Notary Public - State of Arizona
GRAHAM COUNTY
My Commission Expires
February 17, 2019

_____
(Notary)

STATE OF ARIZONA
COUNTY OF GRAHAM } ss.
THIS IS A CERTIFIED COPY OF INSTRUMENT
FEE No. 2018-5060
DATE 12-20-18 TIME 3:26 pm
WENDY JOHN, GRAHAM COUNTY RECORDER

## LOYALTY OATH OF OFFICE

2018-05660
Page 1 of 1
Requested By: GRAHAM COUNTY
Wendy John, Graham County Recorder
12-20-2018 03:26 PM  Recording Fee $0.00

STATE OF ARIZONA

§

COUNTY OF GRAHAM

*I Ron Coleman, accept your OATH of OFFICE as a PRIVATE CONTRACT for Grea*

I, Michael Peterson, do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution and laws of the State of Arizona, that I will bear true faith and allegiance to the same and defend them against all enemies, foreign and domestic, and that I will faithfully and impartially discharge the duties of the office of Superior Court Judge according to the best of my ability, so help me god (or so I do affirm).

_____
(Signature)

Subscribed and sworn before me, this 20th day of December, 2018.



FELICIA D. FOHR
Notary Public - State of Arizona
GRAHAM COUNTY
My Commission Expires
March 24, 2022

_____
(Notary)

Ronald F. Coleman
1616 Elmer Lane
Safford, AZ 85546
Pro Se, 928-432-2613



SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA ) | **Case Nos. 2019-00216** |
| Plaintiff ) | **2019-00227** |
| ) | |
| -vs- ) | **MOTION TO CHANGE VENUE** |
| ) | **TO REAL PARTY OF INTEREST** |
| RONALD F. COLEMAN, ESTATE ) | **MARICOPA COUNTY, STATE OF** |
| Ronald F. Coleman, Defendant ) | **ARIZONA** |
| ) | |

NOW COMES, Ronald F. Coleman, Executor and defendant, moves to SHOW CAUSE for VENUE CHANGE for following reasons:

For extreme bias against defendant by this Court and it Officers; Judge M. Peterson, Prosecutors K. Angle, C. McCormis, by failing to follow Arizona Rules of Civil Procedure. Denying Constitutional and Civil Rights by their actions.

FAILURE and DENIAL OF:
1 .Filing of STAY OF PROCEDINGS RULE 62a and 63
2. Filing of MOTION FOR ABATEMENT RULE 62a and 63 Lack of Delegated Authority.
3. Filing of NOTICE OF BARODA: Error on the court record.
4. Denial of WRIT OF HABEAS CORPUS and Due Process by 3 sitting judges (M. Peterson, G. Griffith, W. Palmer.)
5 .EXCESSIVE BAIL IMPOSSED. Report of Bail Bondsman's are not being paid by these courts. Possible embezzlement from the Courts by withholding monies owed.
6. Judge Petersons' violence toward defendant when asked for his Bond and his right to self-defense on more than one occasion.
**7. Court appointed defense attorney R. Johnson TAINTING the Jury Pool against defendant, by publishing defendant's information in her Online News Paper, Gila Herald. Whereby strangers have accosted defendant in public from that story.**
8. Local D.P.S. officer harassing defendant with slow 'drive byes' at his residence.
9. Verified statements with Affidavits stating the Sheriff's Dept. wanted **"To Get Him"** thus showing extreme prejudice.
10. No qualifying Judge to give due process of law to defendant.

11. RULE: 19, Joinder of Parties.  RULE: 17 Real Party of Interest.

By the actions of these officials Ronald F. Coleman WILL NOT AND CANNOT RECEIVE A FAIR HEARING OR TRIAL BY HIS PEERS IN GRAHAM COUNTY.

THEREFORE: Asks for a CHANGE OF VENUE to MARICOPA COUNTY and will become the REAL PARTY OF INTEREST.

### VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 9-23-19

Ronald Coleman, Executor, Respondent
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

STATE OF ARIZONA          )
                          ) SS.
COUNTY OF GRAHAM          )

Subscribed, sworn to and acknowledged before me _Aisilyn L. Ferrin_
undersigned                                      Print Notary Name

_____ , the witness, this __23rd__ day of
Ronald F. Coleman, Signature

_September_____ , 2019.

_____
Signature of Notary Public

Notary Seal:
AISILYN L. FERRIN
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 550039
Expires July 22, 2022

Ronald F. Coleman
1616 Elmer Lane
Safford, AZ 85546
Pro Se, 928-432-2613



**SUPERIOR COURT OF GRAHAM COUNTY**
**STATE OF ARIZONA**

| | |
|---|---|
| STATE OF ARIZONA<br>Plaintiff | ) **Case Nos. 2019-00216**<br>) **2019-00227**<br>) |
| -vs- | ) <u>**MOTION TO DISMISS STATE CHARGES**</u><br>) **FOR FAILURE TO CLAIM & LACKING**<br>) **EVIDENCE** |
| RONALD F. COLEMAN, ESTATE<br>Ronald F. Coleman, Defendant | )<br>)<br>) |
| Ronald F. Coleman<br>Plaintiff | )<br>) **AND**<br>) |
| -vs-<br>TRESPASSERS | )<br>)<br>) |
| MICHAEL PETERSON<br>GARY GRIFFITH<br>WYATT PALMER<br>KENNETH ANGLE<br>CHASE MCCORMIES<br>REBECA JOHNSON<br>R. SKINNER, D. GOMEZ, B. HARSH,<br>N. ORR, J. MCCLAIN, J. AVILA, J. MANER,<br>N. MUENCHOW, J. BODINE<br>Defendants | ) **RULE 17(a), (1), (A), (2) REAL PARTY**<br>) **OF INTEREST STATE OF ARIZONA**<br>) **RULE 19a, (1, A, B(i), (1), (1, 2 A,B,C)**<br>) **JOINDER OF PARTIES**<br>)<br>) **MOTION FOR COUNTER**<br>) **CROSS CLAIM AND SUIT**<br>)<br>)<br>) |

NOW COMES, Ronald F. Coleman, Executor, Pro Se Defendant, bringing forth ANSWER to STATE charges. False Jurisdiction applied to the ESTATE of RONALD F. COLEMAN, whereby the natural man, Ronald F. Coleman, Executor held accountable for ESTATE Charges. COUNTER CLAIMS AGAINST Trespassers in Disguise And it's OFFICERS INDIVIDUALY in their PRIVATE CAPACITY.

1

### REFUTE COUNT 1:

Ronald F. Coleman, DENIES CHARGE OF: "Transport of dangerous drug for sale, and did so knowingly." A Class 2 Felony.

### REFUTE COUNT 2:

Ronald F. Coleman, DENIES CHARGE OF: "Possession of a dangerous drug". A Class 4 Felony.

### REFUTE COUNT 3:

Ronald F. Coleman, DENIES CHARGE OF: "Possession of drug paraphernalia". A Class 6 Felony.

### REFUTE COUNT 4:

Ronald F. Coleman, DENIES CHARGE OF: "Misconduct involving weapons" A Class 4 Felony.

### REFUTE ALLEGATION:

Ronald F. Coleman, DENIES CHARGE OF:  Statement of: "Allegation of Drugs Seized Exceeding Statutory Threshold Amount"


### ANSWER AND COUNTER CLAIMS BY DEFENDANT
### COUNT 1:

Defendant, Ronald F. Coleman was stopped on public highway, without probable cause by D.P.S. Officer, J. Bodine, badge No.__ was disarmed as requested by Bodine. Defendant was standing beside his motorcycle, when Deputy Bodine physically wrapped his arms around R. Coleman waist, to search him while pushing him forward then unwrapped his arms from his waist and said, "what is this"? He had no idea what it was and what its content was. He was charged and arrested with "Transport of a dangerous drug for sale."

This false evidence is a complete and fabricated lie to frame Coleman in order to justify his incarceration without a real or probable cause. (See Exhibit A, affidavit by Nancy Jones landlady filed 9-9-19, Exhibit B Affidavit  by Ron F. Coleman filed Sept. 23, 2019) The FACT IS; that Sheriffs' deputies and Dept of Public Safety had set R. Coleman up with FALSE drug evidence, **"so we can get him".** A fact brought out in Exhibit A by Nancy Jones affidavit.

2

The evidence of this drug was never produced in a true lawful court where it could be identified as fact. He was arrested and charged with evidence alleged to be a dangerous drug but never proven. A violation of due process, miss handling of evidence, random stop without probable cause, confiscation of firearm and $80 cash. Ronald F. Coleman has never been arrested or convicted of any crimes against anyone.

## COUNT 2:

Defendant, Ronald F. Coleman, was never in possession of a dangerous drug, the fact is, the drug was in possession of Deputy Bodine who physically handled Coleman, whereby planting his drug evidence on Coleman while doing a 'bogus' stop and search for some sort of evidence to use against Coleman. Coleman believes that Sheriff Dept., local law and court officials have set him up for some nefarious purpose. NO CHAIN OF EVIDENCE LOG WAS ESTABLISHED to prove guilt by the STATE. NO DOCUMENTATION OF DRUG CONFISCATION LAW, NO DOCUMENTATION OF LAB REPORT TO VERIFY THE DRUG, was ever interred into court record, in which to convict Coleman for alleged charges. (See Exhibit A affidavit by Nancy Jones landlady, Filed May 9-9-19 & Exhibit B Affidavit by Ron Coleman filed Sept.23, 2019   )

## COUNT 3:

Defendant, Ronald F. Coleman, has never possessed drug paraphernalia for he has never been in need or use of such drugs and paraphernalia. His record clearly shows this, and that the STATE OF ARIZONA, and Graham County ALLEDGES that Coleman was in possession of; "Paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a drug in violation of Chapt.4 ARS"

3

Ron Coleman has absolutely had no contact or use of any of the above claims made by the State, as he was riding on a motorcycle and could not have been active in any of these claims. Had the State gone to his property and looked for any of the above claims they would NOT HAVE FOUND ANY EVIDENCE AS CLAIMED. This again, is pure false fabrication to convict Ronald F. Coleman, who has never been arrested or convicted of any crimes as claimed, by anyone.

COUNT 4:

Defendant, Ronald F. Coleman, has never misconducted himself with any firearms. Mr. Coleman was asked to turnover his personal fire arm, which he did to Deputy Bodine. Previously, a 9-11 call was made by a one, Katrina Jewell, Mr. Coleman's ex-girlfriend, who claimed she had a gun held to her head by Mr. Coleman, when Deputies arrived, Coleman had left his residence, she proceeded to turn over all his fire arms claiming she felt unsafe with them, one of them was the short barrel antique shot gun being restored.

Court appointed defense attorney, **Rebecca Johnson listened to the same 9-11 call and admitted that she (Katrina) did not have a gun held to her head.** The exact fire arm that was allegedly used as a deadly weapon, was never brought forward and has not been identified by Katrina Jewell, Ron Coleman or Sheriffs. Dept. to prove his guilt.

One of the confiscated fire arms was a rusted antique relic piece, an incomplete shot gun that was found in the desert with a friend. It was inoperable and rusted shut, the barrel was cut off due to rust to the legal limit of 18 inches. Coleman had been restoring this for a long time but considered it unsafe to fire. **He kept the serial numbers readable so as to be dated and traced to its manufacturer.** Graham County Sheriffs' Dept. claimed that the serial numbers were in fact scratched or

4

marred to conceal them. It has become apparent that while in the Sheriffs possession, in order to bring a weapons charge against Ronald Coleman, the serial numbers were in fact defaced by Sheriffs in order to charge Mr. Coleman with weapons violation. As stated by Mr. Coleman's affidavit, why would he deface and ruin something he was trying to restore? (See Exhibit C, affidavit by Ron Coleman, filed Aug. 26, 2019. Exhibit D, Affidavit by JoAnne Clevenger, filed Sept. 20, 2019. Exhibit E Affidavit by Robert Brom, regarding Case No.CR-2019-00216, filed Aug. 27-2019)

DRUGS SEIZED EXCEEDING STATUTORY THRESHOLD AMOUNT

Defendant, Ronald F. Coleman, does not agree and completely denies the States' allegations of drugs seized exceeding statutory threshold amount. For no amount had been established by the illegal stop, search and seizure of PLANTED EVIDENCE. This evidence becomes 'hearsay' by deputy Bodine and becomes non-admissible evidence to the State. This evidence was never presented in pre-trial hearing, no Deputy Bodine appeared to verify evidence. No investigation was conducted on Coleman's property to verify any of the claims of; growing, using, possessing, selling, transporting, distributing, and injecting or any other such use of claimed drug activities.

Again, the State and County Prosecutor has made pure fabrication of false allegations, false testimony, false evidence reporting in order to charge Ronald F Coleman with false drug charges.

**COUNTER CROSS COMPLAINT FOR RONALD F. COLEMAN, ESTATE**

NOW COMES, Ronald Francis Coleman, EXECUTOR to the ESTATE, as VICTIM WITNESS and HARMED PARTY by the actions of STATE of ARIZONA and it's PUBLIC OFFICERS:

5

## AUTHORITY AND JURISDICTION ISSUE WITHOUT DELEGATED
## AUTHORITY

**COUNT 1:** Kenneth Angle and Chase McCormies have committed fraud by bringing in the Probated ESTATE of Ronald F. Coleman, Executor, birth certificate and its registered number. The false claim made by Kenneth Angle and Chase McCormies before a Superior Court by bringing the ESTATE of RONDALD F. COLEMAN into a Probated Court, whereby trespassing upon the ESTATE, having NO DELEGATED AUTHORITY to do so, whereby charging (the accounting term), Ronald F. Colman, a natural person, having to bear the financial, physical and mental duress for holding him liable for the ESTATE charges, by the STATE of Arizona. He, the EXECUTOR HAS ABSOLUTLEY NO OBLIGATION TO the STATE of ARIZONA to pay for these charges. . (U.S. vs Robert E. Lee, 106 U.S. 196, 220, 1 Supreme Court 240, 261 (1882) See filed Motion for Abatement: Delegated Authority Rules 62a & 63. STATE of ARIZONA and its PUBLIC OFFICERS has 'TRESPASSED' upon the RONALD F. COLEMAN ESTATE by bring the ESTATE and the EXECUTOR into a probate court. Kenneth Angle and deputy prosecutor, Chase McCormies brought fictitious claims against Ron Coleman, Executor, charging Ron Coleman, Executor, a natural man with false felony charges creating fraud upon Ronald F. Coleman (ARS 44-101 Fraud).

**COUNT 2:** The Graham County Superior Court: **A)** has produced ext rengent fraud on the ESTATE and on Ronald F. Coleman, the live birthed natural person, by FAILURE to provide and produce required bonds of court officers; Judge Michael Peterson, Judge Gary Griffith (ARS 38-255, ARS 38-442, ARS 38-443) **B)** Failure to provide required bonds on court record (Bid Bond, Performance Bond, Payment Bond). A violation of disclosure laws, (ARS 7-103 & Federal Registry Circular 570) **C)** Both Court Clerks of J.P. Court and Judge Gary Griffith failed to be legally in office by not proving up required bonds and issuing fictitious documents. Arizona Revised Statutes 38-442 pertains to 'failing to do a duty imposed upon

6

them by law', and 'malfeasance in office', moved forward without due process or subject matter creating fictitious claims. Malfeasance and "nonfeasance in public office" (ARS 38-443) and harming Ronald F. Coleman. (See Filed 9-12-19 Motion for Abatement: Lack of Delegated Authority Rules 62a & 63. & Notice of Baroda; Filed 8-27-19. Error on court record. & Motion Stay of Proceedings Filed 8-23-19) Court has become in "DISHONOR" for failing to follow Az. Rules of Civil Procedure and has violated 14th Amendment; Due Process Rights by it actions.

**COUNT 3:** The court failed to produce the original "signed wet blue ink" copy of instrument as requested.(See Motion Rule 62a & 63 Stay of Proceedings) Proving that the State has no "TRUE BILL" or "VERIFIED COMPLAINT" in which to prosecute Ronald F. Coleman. Superior Court proceeded to move forward, ignoring: STAY OF PROCEEDINGS, MOTION FOR ABATEMENT, NOTICE OF BARODA-Error on Court Record. Whereby violating Ronald F. Coleman's 14th Amendment Due Process Rights.

### DUE PROCESS RIGHTS VIOLATIONS AND FABRICATED EVIDENCE

**COUNT 4:** Superior Court Judge Michael Peterson, JP Court Judge Gary Griffith, Precinct 2 Judge Wyatt Palmer, all **REFUSED TO SIGN THE HABEAS CORPUS WRIT** for Ronald F. Coleman, to bring forth evidence and him forward to face his accusers, violating his basic due process rights, showing **extreme bias against** Ronald Coleman and keeping him illegally detained for 23 days. Violating Ronald F. Coleman's due process rights to fair hearing. Denying Ronald F. Coleman due process of ARTICLE 1 Sec.9, 6th, 7th and 14th Amendments.

**COUNT 5:** JURY POOL TAINTED, by court appointed Rebecca Johnson, after being dismissed by Ron Coleman, exposed personal information relating to his defense in her online News Paper, Gila Herald, causing strangers to verbally and physical threaten him with intimidation because of her online News Paper story. Thus **proving a tainted jury pool.** Rebecca Johnson, by not objecting to the false 9-11 call at Pre-trial hearing, that in fact the call was a fake bogus call, Johnson had a duty and obligation by her position as public defender attorney to stop the proceeding against Ronald Coleman and dismiss weapons/domestic violence charges. By her failure to correct a wrong in court, knowingly and willfully created a false charge against Ronald Coleman, thereby denying Ronald F. Coleman due process right of 2nd $6^{th,}$ 7th and 14th Amendments.

**COUNT 6:** Ext rengent fraud by failure to produce required bonds by officers (38-255) of the courts and law enforcement agents. (1.) Failure to provide bonds as required on the Court record (Bid Bond, Performance Bond, Payment Bond) as requested. (See Title 7-103) (2.) Failure to bring forth the original 'signed wet blue ink' copy of instrument as requested.

**COUNT 7:** False accusations that Ronald F. Coleman deliberately and with purposeful intent tried to deface, scratch or mar the serial number so as to conceal its origins. The antique gun was never marred while in the possession of Ron Coleman. Katrina Jewell turned it over to Sheriffs' Deputies, without permission from Ron Coleman who has spent 11 years trying to restore this collectable and was not fire able and potentially dangerous to fire. (See affidavits of fact filed on August 27, 2019). Whereby falsely charging Ronald F. Coleman with misconduct and weapons charge, a class 4 felony. Thereby denying him his 2nd. Amendment Right.

**COUNT 8:** County Prosecutor, Ken Angle and under deputy Chase McCormies withheld evidence by removing the 9-11 call thereby proving Coleman's innocence in the

8

weapons/domestic violence charges. Thereby causing mental and emotional harm to Ronald F. Coleman by NOT dropping weapons/domestic violence charges. Proving again that prosecutors had willful intent to convict him of a non-existent crime.

**COUNT 9:** J.P. Precinct 1, Judge Gary Griffith, Ken Angle, Chase McCormies conspired to unlawfully convict Ronald F. Coleman, by never bringing forth actual drug, weapon or firsthand witnesses or evidence to prove allegations and charges. A violation of 6th and 14 Amendments.

**COUNT 10.** The drugs, as Ronald F. Coleman claims were planted on him, while being physically held by Deputy J. Bodine. Previously 2 days before Coleman was held by Sheriffs' Dept. for 6 days (beyond 48 hour rule) and was tested **COMPLETELY CLEAN OF ANY AND ALL DRUGS INCLUDING ALCOHOL.** Detention by Sheriffs Dept. beyond the 48 hour rule is a violation of 14th Amendment. Ronald F. Coleman was restrained of his liberties without probable cause being required to place bail for his liberties,

**COUNT 11:** Entering false claims and charges are fraud on Ronald F. Coleman, fraud on the court and fraud by the parties who created them. By creating a fictional entity for which to have jurisdiction over, for which they would not have otherwise.
WHEREAS Reason for dismissal:

1. No sworn statement by a firsthand witness, with a signed affidavit of fact, to prove alleged drug crimes did in fact occur and have not come forward with a presentment.
2. D.P.S. Deputy J. Bodine has never sworn an affidavit of fact, has not come forward to prove in testimony that Ronald F. Coleman had drugs on his person.
3. No firsthand witness with a signed affidavit of fact, has come forward attesting to WHO marred the serial numbers on the antique shotgun.

9

4. NO firsthand witness, with a sworn affidavit of fact to the 9-11 domestic violence call by Katrina Jewell nor Sheriff Dept. has come forward to prove and attest to its factual validity, Court appointed attorney, Rebecca Johnson listened and verified to the fact that Ron Coleman was NOT HOLDING A GUN TO KATRINA JEWELLS HEAD as claimed.

### PARTY OF INTEREST AND JOINDER STATE OF ARIZONA

**RULE 17: Plaintiff and Defendant; Capacity; Public Officers** Currentness;

(a) Real Party of Interest, The STATE OF ARIZONA

(1) Designation Generally. An action must be prosecuted in the name of the real party in interest. (The STATE OF ARIZONA) The following may sue in their own names without joining the person for whose benefit the action is brought:

(A) A personal representative or EXECUTOR.

(2) Action in the Name of the State for Another's Use or Benefit.
When a statutes so provides, an action for another's use or benefit must be brought in the name of the State of Arizona.

**RULE 19: Required Joinder of Parties** Currentness;

(a) Persons Required to Be Joined if Feasible.

(1) A Person Required to Be Made a Party. A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:

(A) In that person's absence, the court cannot accord complete relief among existing parties; or

(B) That person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may; (i) as a practical matter impair or impede the person's ability to protect the interest.

(2) Joinder by Court Order. If a person required to be made party has not been joined, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made wither a defendant or, in a proper case, an involuntary plaintiff.

10

The STATE OF ARZONA is the TRUSTEE for the ESTATE OF RONALD F. COLEMAN, the ESTATE was FALSELY entered into Superior Court by a Lower Court, never obtained subject matter jurisdiction, WITHOUT THE EXECUTORS' PERMISSION. When in fact, only the TRUSTEE (STATE OF ARIZONA) can bring this Estate into Probate Court. The Lower Court and current Superior Court overstepped their authority and legal standing, committing fraud upon the ESTATE and fraud upon the Ronald F. Colman, EXECUTOR.

THEREFORE:

Ronald F. Coleman now TASKS this court to accept these Counter Claims to charges presented and to dismiss with prejudice all charges against Ronald F. Coleman.

All public officials acting outside of authority and delegation, who have caused Ronald F. Coleman harm and damage, will seek damages caused by GRAHAM COUNTY, against ALL TRESPASSERS, IN DISGUISE and LAWENFORCMENT OFFICERS.

Public Officials acting outside of any delegated authority in clear conflict with the protections of the Constitution and State Laws have created an ongoing enterprise of lawlessness to the detriment of the public and to Ronald F. Coleman.

Public officials acting in concert and beyond the scope of their authority have deprived Ronald F. Coleman of his personal PROPERTY, his personal LIBERTIES causing him physical, mental, emotional harm and damage.

Ronald F. Coleman asks that all tangible property that was in his possession by private contract, be returned to the place of seizure and unlawful distraint and restore his inchoate right and interest in said property listed in Sheriffs Report.

11

## VERIFICATION OF CROSS COMPLAINT AND SUIT

STATE OF ARIZONA )
                      ) ss
GRAHAM COUNTY )

BEFORE ME personally appeared Ronald F. Coleman who, being by me first duly sworn and identified in accordance with Arizona Law, deposes and says:

1. My name is Ronald F. Coleman, PLAINTIFF herein of CROS COMPLAINT and SUIT and Defendant in alleged complaint.

2. I have read and understood the attached foregoing CROSS COMPLAINT AND SUIT filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT:

_____
Ronald F. Coleman

SWORN TO and subscribed before me _23rd_ day of September, 2019

_____
Notary Signature

Notary Public Seal & Commission expires:

```
AISILYN L. FERRIN
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 550039
Expires July 22, 2022
```

CONCLUSION to MOTION TO DISMISS and MOTION TO CROSS COMPLAINT SUIT Based on all the law and the facts of the case, Ronald F. Colemans verification Affidavit, the lack of evidence to meet the burden of proof, the DUE PROCESS violations, this complaint should be dismissed. Should the Court believe that there maybe cause, Ronald F. Coleman does NOT WAIVE HIS RIGHT TO A JURY TRIAL as guaranteed to

him under the 7th Amendment and Title 6 Sec.17 of Arizona Constitution. Ronald F
Coleman moves this Court to exercise its discretion within the Court and to dismiss or in
the alternative to summon a jury to determine the facts and to determine damages in the
MOTION OF CROSS COMPLAINT.


DATE: September _____,2019


## ADDENDUM POINTS TO COUNTER CROSS COMPLAINT
JURISDICTION AND AUTHORITY ISSUES FABRICATED EVIDENCE ISSUES
FAILURE OF DUE PROCESS ISSUES


### AUTHORITY AND JURISDICTION

1. Kenneth Angle and Chase McCormies have committed fraud by bringing in the
   Probated Estate of Ronald F. Coleman, Executor (Birth Certificate and its No.)
   without any DELIGATED AUTHORITY. (United States vs Robert E. Lee, 106 U.S.
   196, 220, 1 Supreme Court 240, 261(1882)


2. Ext regent fraud by failure to produce required bonds by officers (38-255) of the
   courts and law enforcement agents. (1.) Failure to provide bonds as required on
   the Court record (Bid Bond, Performance Bond, Payment Bond) as requested.
   (See Title 7-103) (2.) Failure to bring forth the **original 'signed wet blue ink' copy
   of instrument as requested.**


### FABRICATED EVIDENCE AND DUE PROCESS RIGHTS VIOLATIONS

3. Antique gun was never marred while in the possession of Ron Coleman. Catrina
   Jewell turned it over to Sheriffs' Deputies, without permission from Ron Coleman. He

13

spent 11 years trying to restore this collectable and was not fire able and potentially dangerous to fire. (See affidavits of fact filed on August 27, 2019)

4. Drug charges as Ron Coleman claims were planted on him, while being physically held by Deputy J. Bodine. Previously 2 days before Coleman was held by Sheriffs' Dept. for 6 days (beyond 48 hour rule) and was tested COMPLETELY CLEAN OF ANY AND ALL DRUGS INCLUDING ALCAHOL. $80.00 in cash was not returned.

5. **9-11 call initiating the Domestic Violence charge, originally brought against him were removed because of damaging audio evidence proving he was NOT HOLDING A GUN TO Catrina Jewells' head as she had stated. Court appointed defense attorney Rebecca Johnson agreed that a GUN WAS NOT HELD to Catrina's head as she claims, when she listened to the recording with R. Coleman. Judges and Prosecutor withheld material evidence from charges by removing this 9-11 call.**

6. Attorney Rebecca Johnson, was fired by R. Coleman and the following day, published the Sheriffs' report and private defense information along with a large police photo of R. Coleman in her online news paper; Gila Herald. Thus tainting the possible jury pool for a fair trial by his peers. As a side note; Ron Coleman has been verbally assaulted in town and physically threatened by men accusing him of violence toward women because of this publication. Proving a tainted jury pool.

7. Denial of Writ of Habeas Corpus by 3 sitting judges; Gary Griffith, Wyatt Palmer, Michael Peterson. 2 witnesses along with a local police officer (Officer Sherry Hill) who entered M. Petersons chambers returned, without his signature. All 3 judges have refused to sign the Writ.

8. Failure to follow Az. R. of Cv. P., MOTION: STAY OF PROCEEDINGS UNDER RULE 62(a) and RULE 63. Court refused Motion and moved forward, violating Pro Se Litigants due process rights. Lower and Superior Court moved forward without jurisdiction. Denying of due process rights as a Pro Se litigant.

9. Superior Court Judge Michael Peterson; On 3 occasions, Mr. Peterson showed verbal anger and personal bias toward R. Coleman for his right to: 1) act in self defense. 2) Asking for Mr. Petersons BOND. 3) Asking for a copy of the original signed blue wet

14

ink instrument previously requested. 4) Failing to honor R. Coleman's filed; MOTION Under Rule 62(a) and Rule 63 STAY OF PROCEEDINGS. 5) Asking to have bail bond lowered.

10. Court Clerks of precinct 1 JP Judge Gary Griffith having no bonds for their office thus issuing counterfeit documents. By issuing fictitious documents, clerks and the JP Judge have 'failed to do a duty imposed upon them by law' (ARS 38-442) and 'non-feasance in public office' (ARS 38-443).

11. Kenneth Angle and deputy prosecutor, Chase McCormies brought fictitious claims against Ron Coleman, Executor, charging Ron Coleman, Executor, a natural man with false felony charges. (44-101).

12. Affidavit of fact by Nancy Jones stating: That Katrina Jewell had agreed to fabricate a 9-11 call and to frame Ron Coleman with false charges, in exchange for dropping her drug charges against her from earlier drug charges by Sheriffs Dept. A complete fraudulent violation of laws and ethics. Testimony by Nancy Jones bringing forth a conversation with Katrina Jewell stating Sheriffs Dept. would not prosecute and would expunge her record of previous drug charges in order to frame and successfully prosecute Ronald Coleman.

13. All the above actors have "failed to do a duty imposed upon them by law" (ARS 38-442). Moved forward without due process or subject matter creating fictitious claims. Mal feasance and "nonfeasance in public office" (ARS 38-443)

14. County Prosecutor, Ken Angle and under deputy Chase McCormies with held evidence by removing the 9-11 call thereby proving Coleman's innocence in the weapons/domestic violence charges.

15. J.P. Precinct 1, Judge Gary Griffith, Ken Angle, Chase McCormies conspired to unlawfully convict Ronald F. Coleman, by fabricating false evidence.

16. Entered false claims and charges are fraud on Ronald F. Coleman, fraud on the court and fraud by the parties who created them. By creating a fictional entity for which to have jurisdiction over, for which they would not have otherwise

17. Research information has come to light regarding an illegally installed Federal Drug Task Force Group. The parties involved who set this task force up have been identified and was NOT APPROVED by the Board of Supervisors. There appears to be a far over reaching and out of control use and abuse of this agency, to create felonies by short cutting the Grand Jury process, issuing false felony claims in order to secure UNDUE ENRICHMENT for Graham County Courts, agencies and its officials.

EXHIBIT A



IN THE MATTER OF:
RONALD F. COLEMAN, ESTATE
Case No. CR 2019-00227
Case No. CR 2019-00216

SEP 2019

By Clerk at
Graham County Superior Court

Sept- 9-19

## AFFIDAVIT OF FACT

### TO WHOM IT MAY CONCERN

The following narrative is to attest to the fact that I, Nancy R. Jones, wants to put on record what was told to me by Ms. Catrina Jewel who was Mr. Ron Colemans girlfriend at the time of his arrest.

I went over to Ron's to see what was going on, and to check with Catrina. When I go there, she was sitting outside rolling cigarettes. The tobacco came from some kind of can. We were sitting about 10 ft. apart. She was smoking at the time and continued the whole time I was there.

She was briefly telling me what had happened was also telling me about her arrest. During that conversation she shared with me that an officer [Sheriffs Dept.] had made her an offer. If she would help them to get him [Ron Coleman] on drug charges, they would expunge record of her charges on drugs and paraphernalia.

She made it sound like she wasn't going to do it, although I had reservations at the time, knowing he had been picked up on drug charges, and that we had never seen any evidence of it in all the time we have known him.

When he got out of jail the next day, she made a 911 call that got him arrested again. I didn't trust her and told her to get off the property.

I gave her 2 days, but she left the same day.

*Nancy R. Jones*                    Date: _9/9/19_

Nancy R. Jones, Landlady for Ron Coleman

## VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Nancy Jones, affiant with Power of Attorney, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current

information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

_Nancy R Jones_                     Date: _9/9/19_
Nancy Jones, Affiant
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207


STATE OF ARIZONA          )
                          ) SS.
COUNTY OF GRAHAM          )

Subscribed, sworn to and acknowledged before me _Charlene Jurado_
undersigned                                      Print Notary Name

_Nancy R Jones_____, the witness, this ___9___day of
Nancy Jones, Signature

_September_____, 2019.

                                    _____
Notary Seal:                        Signature of Notary Public

CHARLENE JURADO
Notary Public - Arizona
Graham County
My Comm. Expires Feb 27, 2022

*EXHIBIT B*

## AFFIDAVIT OF TRUTH AND FACT

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | ) ss. |
| GRAHAM COUNTY | ) |

### RON COLEMAN TRAFFIC STOP AND PLANTING OF DRUGS

**AFFIANT STATEMENT:**

Affiant; Ron F. Coleman states; I was stopped on my motorcycle by D.P.S. Officer Johnathan Bodine, badge no. for no apparent reason. I was asked if I had any weapons, which I did and was told to remove it with my thumb and forefinger, which I did and was taken from me.

Affiant States; As I was standing up he reached around my waist, then he pushed me forward, bending over my motorcycle, with his arms around my waist, while still reaching around me then unwrapped his arms and said, "what is this"? Showing me a small bag of white substance. I had no idea what was in the bag and was arrested and falsely charged with possession of whatever was in that bag.

Affiant States; I was taken to the county jail where I spent 6 days in jail and was finally released from detention with **ABSOLUTELY NO DRUGS OF ANY KIND IN MY BLOOD.**

**I want to state for the record that I have NEVER BEEN ARRESTED FOR ANY DRUG CHARGES OR FIREARMS VIOLATIONS IN MY LIFE. This statement can be verified by any legal standing court.**

**This drug charge appears to be an attempt to plant evidence on me for some specific or nefarious purpose, which I believe is coming from the local courts or some unnamed individuals. And will sue all parties involved.**

### VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (Federal government), in Graham County of Arizona,

that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 9-23-19

Ronald Coleman, Executor, Respondent

All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

---

STATE OF ARIZONA          )
                          ) SS.
COUNTY OF GRAHAM          )

Subscribed, sworn to and acknowledged before me _Aisilyn L. Ferrin_

undersigned                                    Print Notary Name

_____, the witness, this _23rd_ day of

Ronald F. Coleman, Signature

_September_, 2019.

Notary Seal:                      Signature of Notary Public

AISILYN L. FERRIN
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 550039
Expires July 22, 2022

*Exhibit C*



# AFFIDAVIT IN SUPPORT OF FACTS

IN REGARD TO THE MATTER OF:

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | **Case No. CR 2019-00227** |
| | ) | |
| RON COLEMAN | ) | |
| Respondent, Executor | ) | |
| | ) | |

I, Ronald F. Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, make this affidavit of fact with the following information:

I found what appeared to be an abandon remnant of 12ga. Single shot, shot gun in the desert. It was stuck in the dirt, at a 45 degree angle, with the barrel in the dirt. When I pulled it out the barrel and receiver were completely non function able. The receiver was rusted or welded shut, the stock was completely weathered away and pretty much gone.

I cut off the rusted part of the barrel to the LEGAL LENGTH OF 18 INCHES and started to restore it. I considered it as a antique collectable for restoration. I have never attempted to fire it while in my possession.

The serial numbers are recessed into the metal frame and were readable as I cleaned it up and was careful not to scratch or mar the numbers for date of manufacture and identity purposes.

It was kept in a padded rifle case and was under lock and key in a metal silo building with my other firearms.

The scratches shown to me by photos in court would have been done while in the possession of the Sheriffs Dept., so as to appear that I tried to scratch off the serial number so as to conceal it identity.

The accusation that I marred this relic is a patent, blatant lie by the Sheriffs Dept., as I was trying to restore a found antique relic.

## VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 12-26-2019

Ronald Coleman, Executor, Respondent
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

*EXHIBIT D*

IN THE MATTER OF:
RONALD F. COLEMAN, ESTATE
Case No. CR 2019-00227
Case No. CR 2019-00216



SEP 2 0 2019

By Clerk at _____
Graham County Superior Court

## AFFIDAVIT OF FACT

### TO WHO IT MAY CONCERN

I, JoAnn Clevenger, attest to the fact that this narrative is true and complete and swear to the best of my knowledge.

I was with Ron on the day he found an old rusty shot gun. The barrel was stuck in the ground. When he finally got it out of the ground, barrel was rusted and the deteriorating, it was hanging on by a thread, the wooden stock was rotted away.

I've seen it thru several stages of restoration for the past 8 years, about 5 months ago, he was showing me the shot gun, it had turned into a beautiful old antique, it had no flaws in it or scratches. You could still see lightly, the serial numbers on the gun. He also showed me some stocks he was making out of dear antlers for it.

He was so proud of his work. He's always taken pride in whatever he's done.

Date: 9/20/2019

JoAnn Clevenger, Affiant

## VERIFICATION BY AFFIDAVANT

As the Undersigned, I, JoAnn Clevenger, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

Date: 9/20/1920

JoAnn Clevenger, Affiant
All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

STATE OF ARIZONA      )
                             ) SS.

COUNTY OF GRAHAM     )

Subscribed, sworn to and acknowledged before me _Deborah K. Thompson_

undersigned                                Print Notary Name

_____, the witness, this __20__ day of

JoAnn Clevenger Signature

_September_, 2019.

Notary Seal:                           Signature of Notary Public

DEBORAH K. THOMPSON
Notary Public - State of Arizona
GRAHAM COUNTY
Commission # 542750
Expires April 6, 2022

*EXHIBIT E*

## AFFIDAVIT OF FACT



FILED

AUG 27 2019

_____ M
Graham County Superior Court

Superior Court State of Arizona

Graham County

800 W. Main St.

Safford, Az 85546

---

Regarding Case No.CR 20119-00216, Ronald F. Coleman, EXECUTOR

Honorable Mr. Michael Peterson:

This affidavit of fact is to confirm the fact that Ronald F. Coleman has been trying to restore this single shot firearm that he found out in the desert.

I've know Mr. Coleman for a number of years and have found him extremely truthful with our conversations. He had shown me a number of years ago a very rusted piece of metal that resemble a partial shot gun. He said he was restoring it and thinks it can be brought back to somewhat of an original condition.

He has shown me this antique a couple of times up until about 3 months ago in the process of restoration and its progression to reclaim it.

I remember seeing the serial numbers that were legible and had no scratches on them as he was careful in saving those numbers. Ron stated that it was rusted shut when he found it and thought it would not be safe to fire it after restoration.

The idea of accusing Mr. Coleman of DELIBERTLY defacing or scratching the numbers does not make any sense as he was trying to restore it., NOT RUIN IT by defacing an antique.

I know Ron well enough to know he wouldn't be that stupid to deface or mar a collectable antique firearm. This story that it was scratched by him is udder non-sense and sounds very specious.

Since he kept it in a safe place, then after the Sheriffs' Dept. got hold of it, scratches or marring magically appear on the numbers.

From my perspective there is an attempt to charge or fabricate a crime on him, for whatever reason, through scratched serial numbers for an inoperable firearm.

## VERIFICATION BY AFFIANT

As the Undersigned, I, Robert Brom, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (Federal government), in Graham County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

_____     Date: _Aug 27-2019_
Robert Brom, Affiant

All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207

STATE OF ARIZONA              )
                             ) SS.
COUNTY OF GRAHAM    )

Subscribed, sworn to and acknowledged before me _Aisilyn L. Farrin_
undersigned                                Print Notary Name



_____, the witness, this _27_ day of
Robert Brom, Signature
_August_____, 2019

_____
Signature of Notary Public

Notary Seal:

```
   AISILYN L. FERRIN
Notary Public - State of Arizona
     GRAHAM COUNTY
   Commission # 550039
   Expires July 22, 2022
```

SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA, COUNTY OF GRAHAM

| | |
|---|---|
| STATE OF ARIZONA | ) Case No. CR 2019-30216 9-14-19 |
| vs. | ) Incident # : 19-010500 |
| RONALD COLEMAN | ) MOTION Under Rule 62 and Rule 63 |
| | ) STAY OF PROCEEDINGS |
| | ) Honorable Judge Peterson |
| | ) |

Come Now, Ronald Coleman the natural man the Owner and beneficiary of the ALL CAPS Name RONALD COLEMAN TRUST/ESTATE.

To give notice Judicially to the Superior Court.

1. I don't need an attorney, there is no facts that are in dispute, before the court, and I am appointing myself as the "Attorney in fact".
2. I accept the charges, and all facts are undisputed, there is no facts in dispute. Provided that you produce on the court record, the blue ink instrument, so I can endorse it for payment.
3. Is the Instrument on the court record.
4. Bonds filed on the court record; Title 7-103, and each officer shall carry a book and provide certified copies to the public for cost of production; ARS 38-255.
   A. please provide the Official bonds for each and every Official before the court in these proceedings, judge, prosecutor, and sheriff's deputy court appointed attorney. (NO BOND NO JUDGE, NO BOND NO PROSECUTOR, NO BOND NO COURT APPOINTED ATTORNEY, NO BOND NO SHERIFF DEPUTY(S) ]

Your honor, can we have a "Stay of the Proceedings" under rule 62 and 63 and please provide me notice so I can appear and sign onto the instrument.

Respectfully Submitted,

x Nancy Jones PCA for Ronald Coleman
Ronald Coleman the owner and beneficiary of the Trust/Estate all rights reserved without prejudice UCC 1-308.



SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA

FILED
SEP 1 2 2019
By Clerk at _____ M
Graham County Superior Court

)
STATE OF ARIZONA,                    )    Case No. 2019-00216
          Plaintiff                  )    Case No. 2019-00227
                                     )
          vs.                        )    MOTION FOR ABATEMENT:
                                     )    Lack of Delegated Authority
RONALD F. COLEMAN, ESTATE            )    Rules 62(a) and 63
          Defendant                  )
─────────────────────────────────── )──────────────────────────────

Comes Now Ron Coleman the Executor, asking for a Show Cause Hearing;

1. An error has been made in this court by the lack of delegated authority.
2. No 'True Bill' is recorded on the court record, provided by the constitution and a sitting Grand Jury.
3. Ron Coleman, Executor, under public records request (29-121) has asked for Judge Petersons' nomination papers, oath and Bond (ARS 38-255). Judge Peterson had a fiduciary duty to produce these documents and has committed extrengent fraud and insurance fraud.
4. By what delegated authority does Judge Peterson have to enter Ronald F. Coleman, Executor into a Probation and drug rehabilitation program, when Ron Coleman drug tests has come back negative.
5. Judge Peterson is in **DEFAULT** for not providing previously requested documents and have waived the time to produce requested records.
6. Executor asks that you please provide your BAR license number.

Ron Coleman Executor, DOES NOT CONSENT to prior judgment made by Judge Peterson.

### VERIFICATION BY AFFIDAVANT

As the Undersigned, I, Ronald Coleman, Executor of the ESTATE OF RONALD F. COLEMAN, hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (Federal government), in Graham

County of Arizona, that the above statement of facts are true and correct, according to the best of My current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

x _____          Date: _9-11-19_____

Ronald Coleman, Executor, Respondent

All Rights Reserved, without prejudice: UCC 1-308, 1-103 and UCC 1-207


STATE OF ARIZONA              )
                              ) SS.
COUNTY OF GRAHAM              )


Subscribed, sworn to and acknowledged before me
_Tamara Webster_ undersigned
Print Notary Name

x _____, the witness, this __11__ day of

Ronald F. Coleman Executor; Signature

_September_____, 2019.

                                        _Tamara Webster_

Notary Seal:    TAMARA WEBSTER Signature of Notary Public
                Notary Public - State of Arizona
                GRAHAM COUNTY
                Commission # 557689
                Expires January 2, 2023

SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA, COUNTY OF GRAHAM

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | Case No.CF 2019_000732 |
| vs. | ) | Incident # : 19-010500 |
| RONALD COLEMAN | ) | MOTION Under Rule 62 and Rule 63 |
| Executor | | STAY OF PROCEEDINGS |
| | | Honorable Judge Peterson |

*Drug charge*

*CR2019-0033?*

AUG 2 3 2019

Come Now, Ronald Coleman the natural man, Executor of his Estate; The ESTATE OF RONALD F.
COLEMAN.

To give notice Judicially to the Superior Court.

1. I don't need an attorney, there is no facts that are in dispute, before the court, and I am appointing myself as the."Attorney in fact".
2. I accept the charges, and all facts are undisputed, there is no facts in dispute. Provided that you produce on the court record, the blue ink instrument, so I can endorse it for payment.
3. Is the Instrument on the court record?
4. Bonds filed on the court record; Title 7-103, and each officer shall carry a book and provide certified copies to the public for cost of production; ARS 38-255.
    A. please provide the Official bonds for each and every Official before the court in these proceedings, judge, prosecutor, and sheriff's deputy court appointed attorney. (NO BOND NO JUDGE, NO BOND NO PROSECUTOR, NO BOND NO COURT APPOINTED ATTORNEY, NO BOND NO SHERIFF DEPUTY(S) ]

Your honor, can we have a "Stay of the Proceedings" under rule 62 and 63 and please provide me notice so I can appear and sign onto the instrument.

Respectfully Submitted

Ronald F. Coleman, Executor of the Estate

SUPERIOR COURT OF GRAHAM COUNTY
STATE OF ARIZONA

AUG 27 2019

|                              |   |                              |
| STATE OF ARIZONA,            | ) | Case No. 2019-00216          |
|                 Plaintiff    | ) | Case No. 2019-00227          |
| Vs.                          | ) |                              |
| RONALD F. COLEMAN, ESTATE    | ) | Notice of Baroda;            |
|                 Defendant    | ) | error on the court record    |

Comes Now Ron Coleman the Executor, there is a misunderstanding or error on the court Record. The court has brought my all caps ESTATE and has made a charge (accounting term) against the ESTATE.

I have made this court an offer to settle the 'charge' provided that you bring forth the blue wet ink instrument, that I may indorse it for payment.

This court moved forward without a dispute of charges thus losing jurisdiction by doing so, this court is **now in dishonor.**

I have never pled guilty to any charges, the court appointed attorneys, Rebecca Johnson, or Josi Y. Lopez, have never been authorized by Ronald F. Coleman, EXECUTOR, to file any document on my behalf. If a document were filed, it was **without my consent. I withdraw any and all claims before this court.**

Respectfully Submitted,

Ronald Coleman, Executor

Notice to:  Clerk of the Superior Court, 800 W. Main St., Safford, AZ 85546

KENNETH A. ANGLE
Graham County Attorney
800 W. Main St.
Safford, AZ 85546
(928) 428-3620
State Bar No. 014722

CHASE MCCORMIES
Deputy County Attorney
State Bar No. 033954